IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NILDA RIOS RIVERA

DEBTOR(S)

CASE NO. 26-03838-MCF

CHAPTER 13

****AMENDED DOCUMENT****

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5
2. The liquidation value of the estate is :$ 0.00
3. The general unsecured pool is :$ 0.00

---

AMENDED PLAN DATE: August 18, 2026 PLAN BASE: $28,500.00

---

TRUSTEE'S REPORT ON CONFIRMATION DATED: 9/28/2026

[ ] FAVORABLE [X] UNFAVORABLE

**1. [X] FAILS SECTION 1325(a)(9):**

**• IRS Tax Returns: - Evidence has not been provided of having filed the required federal tax return (s) for the year(s) 2023-2025.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910

Atty: ROBERTO FIGUEROA

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN